# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **YVONNE MARIE FOUNTAIN,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00125-MR |
| | ) | 1:09-cr-00013-MR-9 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2016 Order.

October 7, 2016

Frank G. Johns, Clerk
United States District Court